UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 23-4636-MWF(Ex)** | Date: September 05, 2023 |
| Title | **Henry Sobol v. Verizon Wireless Services, LLC, et al.** | |

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on June 13, 2023. (Docket No. 1). As of September 1, 2023, Plaintiff has filed a Waiver of Service as to Defendant Innovis Data Solutions, Inc. ("Innovis"). (Docket No. 17). On September 1, 2023, Plaintiff filed a Notice of Settlement with Innovis. (Docket No. 25).

As of September 1, 2023, no proof of service has been filed as to Defendants Verizon Wireless Services, LLC ("Verizon"), Equifax Information Services LLC ("Equifax"), Experian Information Solutions, Inc. ("Experian"), and Trans Union LLC ("Trans Union"). Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint will expire on September 11, 2023.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution as to Verizon, Equifax, Experian, and Trans Union. In response to this Order to Show Cause, the Court will accept the following no later than **SEPTEMBER 14, 2023**.

- BY PLAINTIFF: PROOFS OF SERVICE of Summons and Complaint.

    AND/OR

- BY DEFENDANTS: RESPONSES TO THE COMPLAINT.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-4636-MWF(Ex)**                                   Date:  September 05, 2023

Title         **Henry Sobol v. Verizon Wireless Services, LLC, et al.**

     No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **SEPTEMBER 14, 2023** will result in the dismissal of this action.

     IT IS SO ORDERED.

Initials of Preparer:  RS/sjm